**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Margie R. Pitman and George Pitman, | Civil No. 07-3686 (RHK/AJB) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | **WITHOUT PREJUDICE** |
| | **OF C.B. FLEET HOLDING** |
| C.B. Fleet Holding Company, Incorporated, | **COMPANY, INCORPORATED** |
| a Virginia Corporation; C.B. Fleet | |
| Company, Inc., a Virginia Corporation; and | |
| DOES 1 through 100, | |
| Defendants. | |

Based on the Stipulation between the parties, and pursuant to the Minnesota Rules of Civil Procedure, **IT IS ORDERED** that Plaintiffs' Complaint against C.B. Fleet Holding Company, Incorporated, only, is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

October 2, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge